IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 19 PM 3:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| THE FARM AND INDUSTRIAL SUPPLY COMPANY, INC. PROFIT SHARING PLAN AND 401(k) PLAN, in their own right and by and through their fiduciary RICHARD L. CRAWFORD; THE GDI 401(k) PLAN, in its own right and by and through its Trustee JOHN HART, on behalf of the plans and their plan participants, and on behalf of all similarly situated retirement and investment plans and their plan participants,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST MERCANTILE TRUST COMPANY, et al.<br><br>Defendants. | No. 02-2946-M/A |

## [PROPOSED] ORDER

Plaintiffs and Defendants First Mercantile Trust Company, First Mercantile Capital Management, Inc., National Bank of Commerce, and National Commerce Financial Corporation (hereafter referred to collectively as "the Parties") having submitted a joint motion for the distribution of settlement funds that have gone unclaimed by members of the settlement class ("Joint Motion"); and this Court having found that it retains jurisdiction over this class action by virtue of its September 22, 2003 Order and Final Judgment, and that the distribution plan proposed by the parties satisfies the legal standard governing the distribution of unclaimed settlement funds;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Parties' Joint Motion for Distribution of Unclaimed Settlement Funds is

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-19-05



hereby GRANTED.

2. The Parties shall distribute unclaimed settlement funds in the manner and to the entities described in Appendix A to the Parties' Joint Motion forthwith.

SO ORDERED.

Dated:    Memphis, Tennessee

This ___ day of Sept. ___, 2005

The Honorable Jon P. McCalla
United States District Court Judge

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:02-CV-02946 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Matthew J. Herrington
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Katherine P. Chiarello
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Graeme W. Bush
ZUCHERMAN SPAEDER LLP
1201 Connecticut Avenue, N.W.
Suite 1200
Washington, DC 20036--263

Steven M. Farina
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

John K. Villa
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Frank J. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sylvia King Kochler
HUNTON & WILLIAMS
600 Peachtree Street, N.E.
Ste. 4100
Atlanta, GA 30308--221

J. Russell McWilliams
THE BELMONT GROUP
2911 Turtle Creek Blvd.
Ste. 500
Dallas, TX 75219

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Mark A Mark A. Sletto
SLETTO & ASSOCIATES
2600 Eagan Woods Dr.
Suite 450
Eagan, MN 55121

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Benjamin F. Johnson
HUNTON & WILLIAMS
600 Peachtree Street, N.E.
Ste. 4100
Atlanta, GA 30308--221

David L David L. White
SLETTO & ASSOCIATES
2600 Eagan Woods Dr.
Suite 450
Eagan, MN 55121

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT