IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 23 PM 1:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THE FARM AND INDUSTRIAL SUPPLY
COMPANY, INC. PROFIT SHARING PLAN
AND 401(k) PLAN, in their own right and by
and through their fiduciary RICHARD L.
CRAWFORD; THE GDI 401(k) PLAN, in its own
right and by and through its Trustee JOHN HART,
on behalf of the plans and their plan participants,
and on behalf of all similarly situated retirement
and investment plans and their plan participants,

    Plaintiffs,

Vs.                                        No. 02-2946-M/A

FIRST MERCANTILE TRUST COMPANY,
et al.,

    Defendants.

## ORDER DISBURSING ADDITIONAL FUNDS

This cause previously came on to be heard upon the Joint Motion for Distribution of Unclaimed Settlement Funds of the parties hereto and an Order of this Court filed September 19, 2005, disbursing said funds as related to said Motion, upon statements of counsel that upon final reconciliation, there is an additional One Thousand Dollars ($1,000.00) to be disbursed by the agreement of the parties and it has been proposed to the Court that said additional funds by consent of the parties be distributed to the American Red Cross Hurricane Katrina Victims' Fund, upon said Joint Motion and statements of counsel, this Court finds that it retains jurisdiction over this class action by virtue of its September 22, 2003, Order and Final Judgment and that the distribution plan of these additional funds proposed by the parties satisfies the legal standard governing the distribution of unclaimed settlement funds:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The parties shall distribute the One Thousand Dollars ($1,000.00) of unclaimed settlement funds not previously distributed by the prior order of this Court in the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-28-05

amount of One Thousand Dollars ($1,000.00) to the American Red Cross designated for the Hurricane Katrina Victims' Fund forthwith.

This 23 day of Nov., 2005.

_____
HONORABLE JON P. McCALLA
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 2:02-CV-02946 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Matthew J. Herrington
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Graeme W. Bush
ZUCHERMAN SPAEDER LLP
1201 Connecticut Avenue, N.W.
Suite 1200
Washington, DC 20036--263

Benjamin F. Johnson
HUNTON & WILLIAMS
600 Peachtree Street, N.E.
Ste. 4100
Atlanta, GA 30308--221

David L David L. White
SLETTO & ASSOCIATES
2600 Eagan Woods Dr.
Suite 450
Eagan, MN 55121

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

J. Russell McWilliams
THE BELMONT GROUP
2911 Turtle Creek Blvd.
Ste. 500
Dallas, TX 75219

John K. Villa
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Mark A Mark A. Sletto
SLETTO & ASSOCIATES
2600 Eagan Woods Dr.
Suite 450
Eagan, MN 55121

Sylvia King Kochler
HUNTON & WILLIAMS
600 Peachtree Street, N.E.
Ste. 4100
Atlanta, GA 30308--221

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Katherine P. Chiarello
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Steven M. Farina
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Frank J. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT